**AEGIS LAW FIRM, PC**
SAMUEL A. WONG, State Bar No. 217104
KASHIF HAQUE, State Bar No. 218672
JESSICA L. CAMPBELL, State Bar No. 280626
ALI S. CARLSEN, State Bar No. 289964
ALEXANDER G.L. DAVIES, State Bar No. 328125
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile: (949) 379-6251
Email:  jcampbell@aegislawfirm.com
           adavies@aegislawfirm.com

**LEBE LAW, APLC**
JONATHAN M. LEBE, State Bar No. 284605
ZACHARY GERSHMAN, State Bar No. 328004
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
Telephone: (213) 358-7046

Attorneys for Plaintiffs John Cook, individually,
and on behalf of all others similarly situated.

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Don Vasquez, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Milk Specialties Company dba Milk Specialties Global; And Does 1 Through 20, Inclusive,<br><br>Defendants. | Case No. 1:20-CV-00553-NONE-SAB<br><br>*Assigned for all purposes to*<br>*Hon. Judge Stanley A. Boone*<br>*U.S. Magistrate Judge*<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE CLASS CERTIFICATION DISCOVERY DEADLINE AND CLASS CERTIFICATION DEADLINE** |

- 1 -

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE CLASS CERTIFICATION DISCOVERY DEADLINE AND CLASS CERTIFICATION DEADLINE**

**TO ALL PARTIES HEREIN, AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the Court set the Parties class certification discovery deadline for September 27, 2021.

**PLEASE TAKE FURTHER NOTICE THAT** the Court set the Parties class certification deadline for November 8, 2021.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiff and Defendant have agreed to settle the claims alleged in Plaintiff's Operative Complaint, in a global settlement with the related matter *Smith v. Land O' Lakes, Inc.*, Case No. 282808, pending in the Tulare County Superior Court ("Smith Action").

**PLEASE TAKE FURTHER NOTICE THAT** on September 15, 2021, the Parties executed a Memorandum of Understanding memorializing the terms of the Parties agreement. Once the Parties have completed the more detailed, long-form settlement agreement, Plaintiff plans to seek approval of the proposed global settlement in California State Court under the related Smith Action. Thereafter, Plaintiff plans to seek dismissal of the Cook Action, after final approval of the proposed settlement has been granted.

Therefore, Plaintiff respectfully requests that the Court vacate the Parties Class Certification Discovery Deadline, presently set on Wednesday, September 27, 2021, and the Parties Class Certification Deadline, presently set on November 8, 2021.

Dated: August 3, 2021                               AEGIS LAW FIRM, PC

                                                    By: _____
                                                        Ali S. Carlsen

                                                    Attorneys for Plaintiff John Cook,
                                                    individually, and on behalf of others
                                                    similarly situated

- 2 -
**NOTICE OF SETTLEMENT AND REQUEST TO VACATE CLASS CERTIFICATION DISCOVERY DEADLINE AND CLASS CERTIFICATION DEADLINE**