# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COOK, | Case No. 1:20-cv-00553-NONE-SAB |
| Plaintiff, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| LAND O' LAKES, INC., | (ECF No. 13) |
| Defendant. | |

Plaintiff John Cook, on behalf of himself and all others similarly situated, filed this action on March 6, 2020, in the Superior Court of the State of California, County of Tulare. (ECF No. 1.) On April 17, 2020, Defendant removed this matter to the Eastern District of California. (Id.) On August 24, 2020, Plaintiff filed a motion to amend the complaint, which the undersigned recommended be denied and which was denied by the District Judge on October 8, 2020. (ECF Nos. 7, 11, 12.) No motion for class certification has been filed.

On September 27, 2021, Plaintiff filed a notice of settlement and request to vacate the class certification discovery deadline and the class certification deadline, which are currently set for September 27, 2021, and November 8, 2021, respectively.[1] (ECF No. 13.) Plaintiff did not seek

---

[1] Subsequently, Plaintiff filed a notice of errata to correct the caption of the pleading. (ECF No. 14.)

1

to file the required dispositional documents later than twenty-one days from the date of filing of the notice of settlement. See E.D. Cal. L.R. 160.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. Pursuant to Local Rule 160, the parties shall file dispositional documents on or before October 18, 2021.

IT IS SO ORDERED.

Dated: __**September 28, 2021**__           _____
                                             UNITED STATES MAGISTRATE JUDGE

2