# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COOK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAND O' LAKES, INC.,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-00553-JLT-SAB<br><br>ORDER CONTINUING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 20) |

Plaintiff John Cook, on behalf of himself and all others similarly situated, initiated this action on March 6, 2020. (ECF No. 1.) On September 27, 2021, Plaintiff filed a notice of settlement and request to vacate the class certification discovery deadline and the class certification deadline. (ECF Nos. 13, 14.) In granting the request to vacate deadlines, the Court ordered the parties to file dispositional documents pursuant to Local Rule 160 no later than October 18, 2021. (ECF No. 15.) On October 20, 2021, pursuant to the parties' stipulated request, the Court extended the deadline to file dispositive documents until January 17, 2022. (ECF No. 17.) The parties indicate they have now finalized their long-form global settlement agreement, for which they will seek approval from the state court in a related action, and therefore require additional time to submit the dispositional documents. To that end, the parties

request an extension of approximately 180 days to file their dispositional documents.

Accordingly, finding good cause, IT IS HEREBY ORDERED that the currently scheduled deadline to file dispositional documents shall be continued, and the parties shall file either the required dispositional documents or a status report on or before **July 11, 2022**.

IT IS SO ORDERED.

Dated: __**January 12, 2022**__                    _____
UNITED STATES MAGISTRATE JUDGE