# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COOK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAND O'LAKES, INC.,<br><br>　　　　Defendant. | Case No. 1:20-cv-00553-JLT-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 24) |

　　　　Plaintiff filed this action on April 17, 2020, alleging class and individual claims. (ECF No. 1.) On September 27, 2021, the parties initially informed the Court that this action had reached a global settlement in conjunction with a related class action in state court. (ECF No. 13.) On January 10, 2023, a stipulation was filed to dismiss all individual and class claims in light of final court approval of the class settlement in the related state action, and judgment entered therein. (ECF No. 28.) In light of the stipulation of the parties and approval of the settlement in state court, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

///

///

///

///

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **January 11, 2023**

UNITED STATES MAGISTRATE JUDGE